FILED: December 1, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-320
(8:19-cv-02797-PX)

_____

ROGERS MORGAN

        Petitioner

v.

CALIBER HOME LOANS, INC.

        Respondent

---

This case has been opened as an original proceeding in this court. The district court is receiving this notice for informational purposes.

| Originating Court | United States District Court for the District of Maryland at Greenbelt |
|---|---|
| Date Petition Filed: | 11/30/2022 |
| Petitioner | Rogers Morgan |
| Appellate Case Number | 22-320 |
| Case Manager | Kirsten Hancock<br>804-916-2704 |